# EXHIBIT 3

8/5/2022 2:45 PM
Marilyn Burgess - District Clerk Harris County
Envelope No. 67019310
By: Anais Aguirre
Filed: 8/5/2022 2:45 PM

NO. 2022-41445

| | | |
|---|---|---|
| SARAH COPLAND, individually and on behalf of the ESTATE OF ISAAC SIDNEY OEHLERS; MARY DEVILLE COCHRANE, individually and on behalf of the ESTATE OF YVONNE SURSOCK COCHRANE; TANIA DAOU, individually and on behalf of the ESTATE OF JEAN FREDERIC ALAM; CEDRIC ELLIS ALAM, YANN VICTOR ALAM, FOUAD DEBS, GEORGE CORTAS, GEORGES JUVELEKIAN, and ASYA EL-MEEDY, | § § § § § § § § § § § § § § | IN THE DISTRICT COURT OF |
| *Plaintiffs,* | § § § | |
| v. | § § | HARRIS COUNTY, TEXAS |
| TGS ASA and TGS-NOPEC GEOPHYSICAL COMPANY, | § § § § | |
| *Defendants.* | § § | 11TH JUDICIAL DISTRICT |

**TGS-NOPEC GEOPHYSICAL COMPANY'S
ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION**

COMES NOW Defendant TGS-NOPEC Geophysical Company ("TGS-NOPEC"), incorrectly named and served as "TGS-NOPEC Geophysical Co.", and files this Original Answer to Plaintiffs' Original Petition, and would respectfully show the Court as follows:

**GENERAL DENIAL**

1. TGS-NOPEC asserts a general denial pursuant to Rule 92 of the Texas Rules of Civil Procedure, to each and every, all and singular, allegation and claim contained in the Petition, and demands that Plaintiffs be required to prove strictly all allegations and claims set forth in the Petition, as required by the Constitution and laws of the State of Texas. Defendant further requests that the Court require Plaintiffs to prove the charges and allegations by a preponderance of the credible evidence as required by the Constitution and the laws of the state of Texas.

2. TGS-NOPEC reserves the right to amend its Answer as is the right and privilege of TGS-NOPEC under the Texas Rules of Civil Procedure and the laws of the State of Texas.

## PRAYER

Defendant TGS-NOPEC Geophysical Company respectfully requests Plaintiffs take nothing by their suit; that TGS-NOPEC be discharged with costs; and that the Court grant TGS-NOPEC such other and further relief, both at law and in equity, both general and specific, to which it may be justly entitled, including, but not limited to, attorneys' fees.

Dated: August 5, 2022

NORTON ROSE FULBRIGHT US LLP

/s/ Kevin W. Yankowsky
Kevin W. Yankowsky
State Bar No. 00791967
kevin.yankowsky@nortonrosefulbright.com
Melanie B. Rother
State Bar No. 24041826
melanie.rother@nortonrosefulbright.com
Joy M. Soloway
State Bar No. 18838700
joy.soloway@nortonrosefulbright.com
1301 McKinney, Suite 5100
Houston, TX 77010-3095
Telephone:   (713) 651-5151
Facsimile:   (713) 651-5246

**Attorneys for Defendant TGS-NOPEC Geophysical Company**

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served in compliance with the Texas Rules of Civil Procedure on August 5, 2022.

/s/ Kevin W. Yankowsky
Kevin W. Yankowsky

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Liane Hunt on behalf of Kevin Yankowsky
Bar No. 791967
liane.hunt@nortonrosefulbright.com
Envelope ID: 67019310
Status as of 8/5/2022 3:30 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Matthew AaronFord | | mford@fordobrien.com | 8/5/2022 2:45:44 PM | SENT |
| Matthew AaronFord | | mford@fordobrien.com | 8/5/2022 2:45:44 PM | SENT |
| Matthew AaronFord | | mford@fordobrien.com | 8/5/2022 2:45:44 PM | SENT |
| Matthew AaronFord | | mford@fordobrien.com | 8/5/2022 2:45:44 PM | SENT |
| Matthew AaronFord | | mford@fordobrien.com | 8/5/2022 2:45:44 PM | SENT |
| Matthew AaronFord | | mford@fordobrien.com | 8/5/2022 2:45:44 PM | SENT |
| Kevin W.Yankowsky | | kevin.yankowsky@nortonrosefulbright.com | 8/5/2022 2:45:44 PM | SENT |
| Melanie B.Rother | | melanie.rother@nortonrosefulbright.com | 8/5/2022 2:45:44 PM | SENT |
| Joy M.Soloway | | joy.soloway@nortonrosefulbright.com | 8/5/2022 2:45:44 PM | SENT |
| Debra A.White | | debra.white@nortonrosefulbright.com | 8/5/2022 2:45:44 PM | SENT |
| Liane Hunt | | liane.hunt@nortonrosefulbright.com | 8/5/2022 2:45:44 PM | SENT |
| Matthew AaronFord | | mford@fordobrien.com | 8/5/2022 2:45:44 PM | SENT |
| Matthew AaronFord | | mford@fordobrien.com | 8/5/2022 2:45:44 PM | SENT |
| Matthew AaronFord | | mford@fordobrien.com | 8/5/2022 2:45:44 PM | SENT |
| Kim Marcum | | kim.marcum@nortonrosefulbright.com | 8/5/2022 2:45:44 PM | SENT |